WILLIAM C. MORISON (No. 99981)
William.morison@mhdplaw.com
MARC J. DEREWETZKY (No. 130944)
marc.derewetzky@mhdplaw.com
MORISON HOLDEN DEREWETZKY &
   PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA  94596-8068
Telephone:  (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Defendants
AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN HOME ASSURANCE COMPANY, erroneously sued herein as AMERICAN HOME ASSURANCE COMPANY, INC.; CHARTIS INC., erroneously sued herein as CHARTIS, INC.; CHARTIS CLAIMS, INC., formerly known as AIG DOMESTIC CLAIMS, INC.; and CHARTIS PROPERTY CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WHITE and EDWARD WHITE,<br><br>            Plaintiffs,<br><br>vs.<br><br>AMERICAN INTERNATIONAL GROUP, INC., AIG DOMESTIC CLAIMS, INC., AMERICAN HOME ASSURANCE COMPANY, INC., CHARTIS, INC. AND DOES 1 TO 25,<br><br>            Defendants. | No. 2:10-CV-00300-LKK-GGH<br><br>STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>Complaint filed: January 22, 2010 |

IT IS HEREBY STIPULATED by and between the undersigned counsel of record for the parties herein that this action including all claims, counterclaims and cross-claims of all parties, shall be dismissed with prejudice, in its entirety, each party to bear its own fees and costs.

Dated: September 15, 2011     MORISON HOLDEN DEREWETZKY & PROUGH, LLP

By: /s/Marc J. Derewetzky
Marc J. Derewetzky

Attorneys for Defendants AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN HOME ASSURANCE COMPANY; CHARTIS INC., erroneously sued herein as CHARTIS, INC.; CHARTIS CLAIMS, INC., formerly known as AIG DOMESTIC CLAIMS, INC.; and CHARTIS PROPERTY CASUALTY COMPANY

Dated: August 29, 2011     KERSHAW CUTTER & RATINOFF, LLP

By: /s/Eric Ratinoff
Eric Ratinoff

Attorneys for PLAINTIFFS DANIEL WHITE AND EDWARD WHITE

ORDER

IT IS SO ORDERED.

Dated: September 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE