1  WILLIAM C. MORISON (No. 99981)
   William.morison@mhdplaw.com
2  MARC J. DEREWETZKY (No. 130944)
   marc.derewetzky@mhdplaw.com
3  MORISON HOLDEN DEREWETZKY &
       PROUGH, LLP
4  1550 Parkside Drive, Third Floor
   Walnut Creek, CA  94596-8068
5  Telephone:  (925) 937-9990
   Facsimile:  (925) 937-3272
6
   Attorneys for Defendants
7  AMERICAN INTERNATIONAL GROUP,
   INC.; AMERICAN HOME ASSURANCE
8  COMPANY, erroneously sued herein as
   AMERICAN HOME ASSURANCE
9  COMPANY, INC.; CHARTIS INC.,
   erroneously sued herein as CHARTIS, INC.;
10 CHARTIS CLAIMS, INC., formerly known
   as AIG DOMESTIC CLAIMS, INC.; and
11 CHARTIS PROPERTY CASUALTY
   COMPANY
12

13                  UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15

16 | DANIEL WHITE and EDWARD        )   No. 2:10-CV-00300-LKK-GGH
   | WHITE,                         )
17 |                                )   STIPULATION OF DISMISSAL
   |             Plaintiffs,        )   OF ENTIRE ACTION WITH
18 |                                )   PREJUDICE
   |        vs.                     )
19 |                                )
   | AMERICAN INTERNATIONAL         )
20 | GROUP, INC., AIG DOMESTIC      )   Complaint filed: January 22, 2010
   | CLAIMS, INC., AMERICAN         )
21 | HOME ASSURANCE COMPANY,        )
   | INC., CHARTIS, INC. AND DOES   )
22 | 1 TO 25,                       )
   |                                )
23 |             Defendants.        )
   |                                )
24

25       IT IS HEREBY STIPULATED by and between the undersigned counsel of

26 record for the parties herein that this action including all claims, counterclaims and

27 cross-claims of all parties, shall be dismissed with prejudice, in its entirety, each

28 party to bear its own fees and costs.

MORISON HOLDEN
DEREWETZKY &
PROUGH, LLP

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

Dated:  September 15, 2011    MORISON HOLDEN DEREWETZKY & PROUGH, LLP

By:    /s/Marc J. Derewetzky
      Marc J. Derewetzky

Attorneys for Defendants AMERICAN INTERNATIONAL GROUP, INC.; AMERICAN HOME ASSURANCE COMPANY; CHARTIS INC., erroneously sued herein as CHARTIS, INC.; CHARTIS CLAIMS, INC., formerly known as AIG DOMESTIC CLAIMS, INC.; and CHARTIS PROPERTY CASUALTY COMPANY

Dated:  August 29, 2011    KERSHAW CUTTER & RATINOFF, LLP

By:   /s/Eric Ratinoff
      Eric Ratinoff

Attorneys for PLAINTIFFS DANIEL WHITE AND EDWARD WHITE

<u>ORDER</u>

IT IS SO ORDERED.

Dated: September 29, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 1 -

STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE